UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVE SEWELL, INC.,

     Petitioner,

v.                        Case No.:  2:21-cv-753-SPC-NPM

POTENTIAL CLAIMANTS,

     Defendant.

_____/

**<u>ORDER</u>**[1]

     Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation ("R&R").  (Doc. 53).  Judge Mizell recommends entering default judgment against all non-filing claimants.  Nobody timely objected.  And the matter is ripe for review.

     After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," the magistrate judge's R&R.  28 U.S.C. § 636(b)(1)(C).  In the absence of specific objections, there is no requirement that a district judge review the R&R *de novo*.  *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. So it accepts and adopts the R&R in full.

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation (Doc. 53) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Petitioner Steve Sewell, Inc.'s Unopposed Motion for Entry of Default Final Judgment for Exoneration from Liability Against All Non-Filing Claimants (Doc. 51) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a default judgment of exoneration in favor of Steve Sewell, Inc. against all non-filing claimants.

**DONE** and **ORDERED** in Fort Myers, Florida on July 12, 2022.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record